# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**NETCHOICE, LLC**            **PLAINTIFF**

**v.**            **No. 1:24-CV-170-HSO-BWR**

**LYNN FITCH, in her official capacity as
Attorney General of Mississippi**            **DEFENDANT**

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant Lynn Fitch, in her official capacity as Attorney General of Mississippi, appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order (Dkt. 59) entered June 18, 2025.

Respectfully submitted.

           LYNN FITCH
            Attorney General

           By: */s/ Wilson D. Minor*
           SCOTT G. STEWART (MSB #106359)
            Solicitor General
           WILSON D. MINOR (MSB #102663)
            Special Assistant Attorney General
           Mississippi Attorney General's Office
           P.O. Box 220
           Jackson, Mississippi 39205-0220
           Telephone: (601) 359-6279
           Email: wilson.minor@ago.ms.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the above paper with the Clerk of Court using the ECF system which sent notification to all counsel of record.

This, the 19th day of June, 2025.

/s/ *Wilson D. Minor*
Wilson D. Minor