# United States Court of Appeals
# for the Fifth Circuit

No. 25-60348

United States Court of Appeals
Fifth Circuit
**FILED**
July 17, 2025
Lyle W. Cayce
Clerk

NetChoice, L.L.C.,

                *Plaintiff—Appellee,*

versus

Lynn Fitch, *in her official capacity as Attorney General of Mississippi*,

                *Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CV-170
_____

## UNPUBLISHED ORDER

Before Southwick, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:

  IT IS ORDERED that Appellant's opposed motion for stay pending appeal is GRANTED.